```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MILLER, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

-against-

FIRENZE JEWELS, INC.,

        Defendant.

1:22-cv-1370-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on February 17, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on March 5, 2022. [ECF No. 6]. According to that summons, Defendants' responses to the complaint were due March 22, 2022. [ECF No. 6]. No responses were filed, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by May 23, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by May 23, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

**Date:  April 22, 2022**
       **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**